CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

RICHARD MORIN (SBN: 285275)
legal@rickmorin.net
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall, Suite 750
Sacramento, CA 95814-4508
Telephone: (916) 333-2222
Facsimile: (916) 273-8956
Attorney for Defendants
Benjamin Kopf Holding Co. and Towne Motor Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　Plaintiff,<br><br>　　v.<br><br>BENJAMIN KOPF HOLDING CO., a California Corporation;<br>TOWNE MOTOR COMPANY, a California Corporation; and Does 1-10,<br><br>　　Defendants. | Case No.: 3:19-CV-00081-JCS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 20, 2019	CENTER FOR DISABILITY ACCESS

			By: /s/ Amanda Lockhart Seabock
				Amanda Lockhart Seabock
				Attorneys for Plaintiff


Dated: June 20, 2019	LAW OFFICE OF RICK MORIN, PC


			By: /s/ Richard Morin
				Richard Morin
				Attorneys for Defendants
				Benjamin Kopf Holding Co. and Towne Motor Company

Dated: June 20, 2019

*IT IS SO ORDERED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for Benjamin Kopf Holding Co. and Towne Motor Company, and that I have obtained authorization to affix his electronic signature to this document.

Dated: June 20, 2019        CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
        Amanda Lockhart Seabock
        Attorneys for Plaintiff